UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
HICKS, GARY R.                                CASE NO. 86-00171-ALP
HICKS, SONJA A.

      Debtor(s)        /

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, DOUGLAS N. MENCHISE, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 2 | 105 | Freedom Savings & Loan Association<br>123 S. Semoran Blvd.<br>Orlando, FL 32807 | $380.67 |
| 4 | 106 | Richard & Leila Hicks<br>529 N. Larry Circle<br>Brandon, FL 33511 | $7,024.84 |
| 5 | 107 | Walter Copeland<br>1808 N. Morgan<br>Tampa, FL 33602 | $1,059.15 |
| 2I | 108 | Freedom Savings & Loan Association<br>123 S. Semoran Blvd.<br>Orlando, FL 32807 | $791.86 |
| 4I | 109 | Richard & Leila Hicks<br>529 N. Larry Circle<br>Brandon, FL 33511 | $14,612.84 |
| 5I | 110 | Walter Copeland<br>1808 N. Morgan<br>Tampa, FL 33602 | $2,203.21 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $26,072.57 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on April 7, 2011

   /s/   Douglas N. Menchise
DOUGLAS N. MENCHISE
Chapter 7 Trustee
300 TURNER STREET
CLEARWATER, FL 33756
(727) 442-2186